IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00048-CV

 

Frank Castro, M.D.,

                                                                      Appellant

 v.

 

George Richardson, M.D.

and Barry Solcher, M.D.,

                                                                      Appellees

 

 

 



From the 272nd District Court

Brazos County, Texas

Trial Court # 51,940-272

 



MEMORANDUM 
Opinion



 

Appellant and Appellee filed a Joint Motion to Dismiss Appeal.  The motion is granted.  This appeal is dismissed.  Costs are taxed against the party incurring
them, as the parties requested.

 

PER CURIAM

Before Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and filed April 13, 2005

[CV06]